COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: YAAKOV ASSARAF (J)     CASE NO: 00-4157-SNOW
AUSA: ROBERT NICHOLSON     ATTY:
AGENT: INS     VIOL: 18:1546
PROCEEDING I/A ON COMPLAINT     RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no     COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

advised of charges to retain
counsel - Hebrew interp needed.


NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6/27   2 PM   LSS
                         PTD/BOND HRG:        6/29   10    LSS
                         PRELIM/ARRAIGN:      7-10   11    BSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/26/00   Time 2:00 PM   FTL/LSS TAPE #00- 035   Begin: 725   End: 928

3 pr-