COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: YAAKOV ASSARAF (J)   CASE NO: 00-4157-SNOW
AUSA: ROBERT NICHOLSON /s/ Brown   ATTY: Maurice Graham
AGENT: _____   VIOL: _____
PROCEEDING INQUIRY RE COUNSEL   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to: _____

Maurice Graham entered temp appearance. Clerk will attempt to get interpreter for PTD hrg on 6/29; Hebrew interpreter present. If unavailable, deft will waive presence of court certified interp & counsel will provide their own.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
_____   PTD/BOND HRG: _____
_____   PRELIM/ARRAIGN: _____
_____   REMOVAL HRG: _____
_____   STATUS CONF: _____

Date: 6/27/00   Time 2:00 PM   FTL/LSS TAPE #00- 035   Begin: 2573   End: 2989

Sf