UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: __55385-004__

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR __00-4152-SNdW__
                          ) REPORT COMMENCING CRIMINAL
       -vs-               ) ACTION
                          )
__Assaraf, Yaakov__       )
           Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court      ~~(circle one)~~

FILED by __ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __6/26/00   9:30__ (am)/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Fraud & Consp. (Imm)__

(4) U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: __10-13-59__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __S/Fla__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: __Snow__

(7) Remarks: _____

(8) Date: __6/26/00__   (9) Arresting Officer: _____

(10) Agency: __IMM.__    (11) Phone: _____

(12) Comments: _____

left