UNITED STATES OF AMERICA, :

v. :

YAAKOV ASSARAF :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4157-SNOW

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW  MAURICE GRAHAM  files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed)  MAURICE GRAHAM

Counsel's Signature  Maurice Graham

Address  331 E. PROSPECT RD

OAKLAND PK FL  Zip Code: 33334

Telephone  954 491 3737