RNN/m



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6188**

18 U.S.C. 1546(a)
18 U.S.C. §1028(a)(2)   **CR-ZLOCH**
18 U.S.C. §2

MAGISTRATE JUDGE
SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| YAAKOV ASSARAF, | ) |
| a/k/a Yaakov Assraf | ) |
| a/k/a Yaakov Sarfa, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about April 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

### YAAKOV ASSARAF,

did knowingly and willfully possess a document prescribed by statute as evidence of authorized stay or employment in the United States, that is: an INS Form I-766 (Work Authorization), which the defendant knew to be forged, in violation of Title 18, United States Code, Sections 1546(a) and 2.



## COUNT II

On or about April 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

YAAKOV ASSARAF,

did knowingly transfer a false United States identification document, that is: an INS Form I-766 (Work Authorization), knowing that such document was produced without lawful authority, in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.

YAAKOV ASSARAF

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __YES__
   List language and/or dialect __Hebrew__

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)     (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __Yes__
   If yes:
   Magistrate Case No. __00-4157-LSS__
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of __6/26/00__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No    If yes, was it pending in the Central Region?___ Yes ___ No

ROBERT NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0993996

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __Yaakov Assaraf__          No.:_____

Count #: 1
Possessing a forged I-766; in violation of 18:1546(a)

*Max Penalty:   Maximum penalties of ten (10) years' imprisonment; $250,000 fine

Count #:2
Transferring a false identification document; in violation of 18:1028(a)(2)

*Max Penalty:   Maximum penalties of fifteen (15) years' imprisonment; $250,000 fine

Count #:3


*Max Penalty:

Count #:4


*Max Penalty:

Count # :


*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96