AO 455 (REV. 5/85) Waiver of Indictment

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

YAAKOV ASSARAF

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6188

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

I, YAAKOV ASSARAF, the above named defendant, who is accused of immigration document fraud, and transferring false identification documents in violation of Title 18, United States Code, Section 1546, and 1028, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6-29-00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
YAAKOV ASSARAF
Defendant.

_____
Maurice Graham
Counsel for Defendant

Before _Lurana S. Snow_
LURANA SNOW
UNITED STATES MAGISTRATE JUDGE