UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CR-(w)z

UNITED STATES OF AMERICA

vs

YAAKOV ASSARAF

FILED by D.C.
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 29, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __CUSTODY_____

                  _____

                  Telephone:_____

DEFENSE COUNSEL:  Name:____MAURICE GRAHAM, ESQ._____

                  Address:_____

                  _____

                  Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __29TH__ day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
Deputy Clerk

Tape No. ___00-037_____

cc: Copy for Judge
    U. S. Attorney

