**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

00-6188-CR-WJZ

DEFT: YAAKOV ASSARAF (J)    CASE NO: 00-4157-SNOW

AUSA: ROBERT NICHOLSON *rn*    ATTY: MAURICE GRAHAM, ESQ. *rn*

AGENT: _____    VIOL: _____

PROCEEDING: PRETRIAL DETENTION HEARING    RECOMMENDED BOND: PTD

*FILED by A.D.C.*
*JUN 29 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

BOND HEARING HELD - yes (no) *stip*    COUNSEL APPOINTED: _____

BOND SET @: *100,000 CSB*
*w/ Debbie*    To be cosigned by: _____

❑ Do not violate any law.

❑ Appear in court as directed.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Curfew: _____

❑ Travel extended to: _____

❑ Halfway House _____

*Co-counsel sworn as interpreter -*

*Waiver of indictment executed*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No Interpreter
Not Known
*Hebrew*
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | *N/A* | | | |

DATE: 6/29/00    TIME: 10:00 A.M.    FTL/LSS TAPE # 00 - *036*    Begin: *2088*    End: *2149*

*00-037*
*re-call @ 935 end 1090*