UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6188-CR-ZLOCH

FILED BY _____ D.C.
JUL 1 0 2000

UNITED STATES OF AMERICA

v.

YAAKOV ASSARAF

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         July 13, 2000 at 3:45 PM

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*(signature)*
BY DEPUTY CLERK

DATE: July 10, 2000

cc:
Robert Nicholson, Esq., AUSA
Maurice Graham, Esq.