

FILED by _____ D.C.

JUL 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6188-CR-Zloch  DATE 7-13-00

CLERK Carlone Newley      REPORTER Carl Schanzleh

PROBATION _____            INTERPRETER Alice Gichon
                                       Hebrew

UNITED STATES OF AMERICA v. Yaakov Assaraf

U. S. ATTORNEY Roger Powell  DEFT COUNSEL Maurice Graham
for Nicholson

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Cts 1 & 2 of Information

RESULT OF HEARING Court would not accept plea - To be Reset -

JUDGMENT _____

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC _____

15