JUL 19 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6188-CR-ZLOCH

UNITED STATES OF AMERICA

v.

YAAKOV ASSARAF

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE: | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, FL 33301 | August 2, 2000 at 9:30 AM |

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 17, 2000

cc:
Robert Nicholson, Esq., AUSA
Maurice Graham, Esq.