DEFT: Yakov Assaraf(J)#   CASE NO: 00-6188-CR-Zloch
AUSA: Bob Nicholson  *present*   ATTNY: Maurice Graham *present*
AGENT:   VIOL:
PROCEEDING: Bond Hearing   BOND REC: 10,000 Corp & 50,000 PSB

BOND HEARING HELD - (yes)/no   COUNSEL APPOINTED: _____

___ BOND SET @ $10,000 Corp Surety + 50,000 PSB

CO-SIGNATURES: wife   D.C.

SPECIAL CONDITIONS:

FILED
AUG 7 2000
CLERK U.S. DIST. CT.
S.D. FL. FT. LAUD.

A-sworn

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a (week)/month in person.
5) Random urine testing by Pretrial Services. ✓ Treatment as deemed necessary.
6) Maintain or seek full-time employment. (if lawful)
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL — allowed to travel on family trip to Orlando (needs to let PTS know)
12) ___ Halfway House
___ Electronic Monitoring

report whereabouts at all time to INS AGENT Richard Bendell
reside at curr. address
No illegal drugs or excessive alcohol

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 8-7-00   TIME: 3:10pm   end 3:50 pm   TAPE # 00-   PG #

18