UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 7 2000

CASE NUMBER 00-6188-CR-Zloch    DATE 8-7-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION    INTERPRETER Elise Crotton (Hebrew)

UNITED STATES OF AMERICA v. YAAKOV ASSARAF

U. S. ATTORNEY Robert Nicholson    DEFT COUNSEL Maurice Graham

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Cts 1 & 2 of Information

RESULT OF HEARING Deft entered a plea of guilty to Cts 1 & 2

JUDGMENT Court accepted plea & adjudged deft guilty to Cts 1 & 2

CASE CONTINUED TO 10-20-00  TIME 10:00  FOR Sentencing

MISC Written Plea Agreement

20