## UNITED STATES DISTRICT COURT SOUTHERN DIVISION

UNITED STATES OF AMERICA

CASE NO. 00-6188-CR-Zloch

vs

YAAKOV ASSARAF

Defendant

## MOTION TO REDUCE THE OFFENSE LEVEL

The purpose of the defendant in committing this crime was not to obtain a profit. He originally became involved in the scheme in order to obtain documents for himself and his wife. He was to receive said documents for his co-operation. Pursuant to USSG 2L.2.1.(b)(1) he would request a decrease by three (3) levels.

The criminal offense was an aberration on the part of the defendant, and he was no criminal history points whatsoever.

The Defendant was a minor participant in the criminal activity and pursuant to USSG 3B 1,2, would request a downward departure of two (2) levels.

**WHEREFORE** the defendant prays this Honorable court will reduce his offense level.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was furnished to Robert Nicholson, Esquire, Office of the United States Attorney, and to Tracey L. Webb, U.S. Probation Officer, Federal



Courthouse Building, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1865.

                    MAURICE GRAHAM, P.A.
                      339 East Prospect Road
                      Oakland Park, FL 33334
                      (954) 491-3737

By: _____
       Maurice Graham
       Fla. Bar No. 180781