UNITED STATES DISTRICT COURT
for
SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Yaakov Assaraf                                      Docket No: 00-6188 CR Zloch

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Carol Sirotto</u>, PRETRIAL SERVICE OFFICER presenting an official report upon the conduct of defendant Yaakov Assaraf, who was continued under pretrial release supervision by the Honorable Magistrate Barry S. Seltzer on August 7, 2000, under the following conditions:

Report to Pretrial Services once per week in person.
Surrender all passports and travel documents to Pretrial Services.
Reside at the current address.
Submit to random urine testing by Pretrial Services and abide by treatment as deemed necessary.
Maintain full-time employment if allowed per his immigration status.
Avoid all contact with victims or witnesses to the crimes charged.
Refrain from possessing a firearm.
Travel is restricted to the Southern District of Florida.
Whereabouts must be reported to INS Agent Richard Bendell.
One-time travel to Orlando is granted with a prior itinerary to Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On Friday September 29, 2000 and Friday October 6, 2000, Mr. Assaraf failed to report to Pretrial Services in person and he has failed to maintain his residence of record. His whereabouts are unknown.

PRAYING THAT THE COURT WILL REVOKE HIS BOND AND ISSUE A WARRANT FOR HIS ARREST.

ORDER OF COURT

Considered and ordered this
_12th_ day of _OCTOBER_,
2000 __ and ordered filed and made a part
of the records in the above case.

Honorable William J. Zloch
Chief U.S. District Court Judge

Respectfully,

Carol Sirotto
U.S. Pretrial Services Officer
Place: Ft. Lauderdale, Florida

Date: October 11, 2000