AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

**United States of America**
v
**YAAKOV ASSARAF**

**WARRANT FOR ARREST**

**Case Number: 00-6188 CR ZLOCH**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __YAAKOV ASSARAF__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant failed to report to Pretrial Services on October 6, 2000, and he has failed to reside at his current address. Mr. Assaraf's whereabouts are unknown.
in violation of Title __18__ United States Code, Section(s) __3148__

| Carol Sirotto | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | October 12, 2000, Fort Lauderdale, FL. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BOND__   by _____
Hon. William J. Zloch
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date October 13, 2000