UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

OCT 2 0 2000

CASE NUMBER 00-6188-CR-Zloch        DATE 10·20·00

CLERK Carline Neesby        REPORTER Carl Schanzlec

PROBATION        INTERPRETER

UNITED STATES OF AMERICA  v.  YAAKov Assraf

U. S. ATTORNEY Robin Rosenbaum  DEFT COUNSEL Maurice Graham

DEFENDANT:  PRESENT    ( NOT PRESENT )    ON BOND    IN CUSTODY

REASON FOR HEARING Sentencing.

RESULT OF HEARING Deft did not show —
Arrest warrant has been issued —

JUDGMENT

CASE CONTINUED TO        TIME        FOR

MISC

27