UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6188-CR-ZLOCH



UNITED STATES OF AMERICA

V.                                          MINUTE ORDER

YAAKOV ASSARAF

_____

   On October 16, 2000 a warrant was issed for the above defendant.

   The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

   Dated this 16th day of November, 2000 at Fort Lauderdale, Florida.

                             AT THE DIRECTION OF THE
                             HONORABLE WILLIAM J. ZLOCH

                             CLARENCE MADDOX
                             CLERK

                         BY: _____
                             CARLINE T. NEWBY
                             DEPUTY CLERK

CC: U. S. Attorney