UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CR-ZLOCH

FILED by _____ D.C.

OCT 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAAKOV ASSARAF,

    Defendant,

    and

Granite State Insurance Company,

    Corporate Surety,

    and

Leorni Safra

    Personal Surety.

_____/

## ORDER REVOKING SURETY AND ESTREATING APPEARANCE BONDS

    THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant Yaakov Assaraf and Granite State Insurance Company in the sum of $10,000, and the personal surety appearance bond of defendant Yaakov Assaraf and Leorni Safra in the sum of $50,000, and is amply supported by the records of this Court; therefore, it is

30

**ORDERED AND ADJUDGED** that the appearance bonds of defendant Yaakov Assaraf in the sums of $50,000 Personal Surety Bond and $10,000 Corporate Surety Bond, plus interest, if any, are hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 23rd day of OCTOBER, 2001

```
                              WILLIAM J. ZLOCH
                              UNITED STATES DISTRICT JUDGE
```

cc:

AUSA LAURIE E. RUCOBA/Victoria Fallick
AUSA Elizabeth Stein
Yaakov Assaraf, 3591 Inverarry Blvd. West, Lauderhill, Florida 33319
Leorni Safra, 3591 Inverarry Blvd. West, Lauderhill, Florida 33319
Jean Achille, Agent for Granite State Insurance Company, 39120 Agonavt Way, Ste. 167, Freemont, CA 94538
Granite State Insurance Company, Att: Bond Dept., 39120 Agonavt Way, Ste. 167, Freemont, CA 94538