UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CR-ZLOCH



UNITED STATES OF AMERICA,

  Plaintiff,

v.

YAAKOV ASSARAF,

  Defendant,

 and

Granite State Insurance Company,

  Corporate Surety,

 and

LEORNI SAFRA

  Personal Surety.

_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

 THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant Yaakov Assaraf as to the sureties Granite State Insurance Company, corporate surety, in the amount of $10,000, and personal sureties Yaakov Assaraf and Leorni Safra in the amount of $50,000. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $10,000 as to the corporate surety bond

31

and $50,000 as to the personal surety bond, plus accrued interest, if any, respectively, and the Court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Yaakov Assaraf and Granite State Insurance Company in the sum of $10,000 as to the corporate surety bond, and against defendant Yaakov Assaraf and Leorni Safra, in the sum of $50,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the Treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida, this 23rd day of OCTOBER, 2001.

WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:

AUSA Laurie E. Rucoba/Victoria Fallick
AUSA Elizabeth Stein (**two certified copies**)
Yaakov Assaraf, 3591 Inverarry Blvd. West, Lauderhill, Florida 33319
Leorni Safra, 3591 Inverarry Blvd. West, Lauderhill, Florida 33319
Jean Achille, Agent for Granite State Insurance Company, 39120 Agonavt Way, Ste. 167, Freemont, CA 94538
Granite State Insurance Company, Att: Bond Dept., 39120 Agonavt Way, Ste. 167, Freemont, CA 94538